IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FARRIS ROBERTSON., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: |
| v. ) | 14-03289-CV-S-REL |
| ) | |
| CITY OF SPRINGFIELD, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 24, 2014, Plaintiffs filed a Complaint and the case was assigned to me.

On July 2, 2014, Plaintiffs filed a Motion for Preliminary Injunction (Doc. Nos. 5, 6).

To date, I do not have complete consent from all parties. Accordingly, it is

ORDERED that the Clerk of the Court randomly assign the case to an Article III District Court Judge for all further proceedings.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 2, 2014