UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK

ANN THOMPSON
COURT CLERK

Reply To:
Room 1400
U.S. Courthouse
Springfield, MO 65806
417/865-3869

July 3, 2014

RE: Robertson et al v. City of Springfield, Missouri, et al
Case No. 14-3289-CV-S-REL

Dear Counsel:

At the direction of United States Magistrate Judge Robert E. Larsen, this case was placed back in the draw for random assignment to an Article III United States District Judge. Accordingly, this case has been randomly reassigned to Chief United States District Judge Greg Kays. The correct case number is now **14-3289-CV-S-DGK**. Please change your records to reflect this assignment.

Sincerely,
Ann Thompson, Court Executive

By: /s/Steve Burch
Deputy Clerk