# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| FARRIS ROBERTSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 14-03289-CV-S-DGK |
| CITY OF SPRINGFIELD, MISSOURI, et al., | ) |
| Defendants. | ) |

## ORDER

Having considered Defendants' Motion for Extension of Time (Doc. 10), it is hereby

ORDERED that the motion is granted. Defendants are granted leave through and including July 30, 2014, within which to answer or otherwise respond to Plaintiffs' complaint and to respond to Plaintiffs' motion for preliminary injunction.

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: July 18, 2014