UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RECOVERY CHAPEL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 6:14-CV-03289-DGK |
| ) | |
| CITY OF SPRINGFIELD, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

COME NOW Defendants, City of Springfield and Springfield Board of Adjustment, by and through counsel, and respond that Defendants have no objection to an extension of time to August 29, 2014, for Plaintiffs to file documents as proposed in Plaintiffs' motion [Doc. 16].

Respectfully Submitted,

*/s/Marianne Landers Banks*
Marianne Landers Banks, MOBar No. 54554
Assistant City Attorney
City of Springfield
840 Boonville Ave.
Springfield MO 65802
(417) 864-1123
(417) 864-1551 (fax)
Email: mbanks@springfieldmo.gov
*Attorney for Defendants, City of Springfield and Springfield Board of Adjustment*

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 13th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                                */s/Marianne Landers Banks*
                                                Marianne Landers Banks