# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| FARRIS ROBERTSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 14-03289-CV-S-DGK |
| ) | |
| CITY OF SPRINGFIELD, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Plaintiffs' Consent Motion for Extension of Time (Doc. 16), it is hereby

ORDERED that the motion is granted. Plaintiffs are granted leave through and including August 29, 2014, within which to file their Suggestions in Opposition to Defendants' Motion to Dismiss and Reply Suggestions to Defendant's Suggestions in Opposition to Plaintiffs' Motion for Preliminary Injunction.

                                                      /s/ Greg Kays
                                                      GREG KAYS, CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT

Dated: August 14, 2014