UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

RECOVERY CHAPEL, et al.　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　)
　　v.　　　　　　　　　　　　　　　)　　Case No. 6:14-CV-03289-DGK
　　　　　　　　　　　　　　　　　　)
CITY OF SPRINGFIELD, MISSOURI, et al., )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME FOR DEADLINE FOR RULE 26 MEETING TO TAKE PLACE

COME NOW Defendants, City of Springfield and Springfield Board of Adjustment, by and through counsel, and hereby move the court for an extension of time for the Rule 26 meeting to take place, and in support state:

1. Defendants filed their Motion to Dismiss Amended Complaint and their Suggestions in Opposition to Plaintiffs' Motion for Preliminary Injunction on July 30, 2014.

2. This Court granted Plaintiffs' Motion to Extend Time to file its replies to Defendants' motion and suggestions in opposition by August 29, 2014. (Doc. 18).

3. This Court has ordered that the Rule 26 meeting take place no later than September 2, 2014, and that the joint proposed scheduling order/discovery plan be submitted by September 15. (Doc. 15).

4. Due to the pending motions, Defendants assert that an extension of time under the Court's Order Setting Deadlines (Doc. 15) is warranted; and the parties would be better served if such matters were discussed after the Court's consideration of the pending motions.

1

5. Plaintiffs' counsel agrees that an extension of time for the matters set out in the Court's Order (Doc. 15) is needed.

6. This motion is not brought to hinder or delay these proceedings, or for any other improper purpose and will not prejudice any party.

WHEREFORE, Defendants respectfully request the Court for its Order extending the deadlines established in Document 15 for the filing of the Joint Scheduling Order and Rule 26(f) Conference for an additional thirty (30) days, and for such other and further relief at the Court deems just and proper.

Respectfully Submitted,

*/s/Marianne Landers Banks*
Marianne Landers Banks, MOBar No. 54554
Assistant City Attorney
City of Springfield
840 Boonville Ave.
Springfield MO 65802
(417) 864-1123
(417) 864-1551 (fax)
Email: mbanks@springfieldmo.gov
*Attorney for Defendants, City of Springfield and Springfield Board of Adjustment*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of August 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/Marianne Landers Banks*
Marianne Landers Banks