IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| FARRIS ROBERTSON, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 14-03289-CV-S-DGK |
| | ) | |
| CITY OF SPRINGFIELD, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Defendants' Consent Motion for Extension of Time for Deadline for Rule 26 Meeting to Take Place (Doc. 19), it is hereby

ORDERED that the motion is granted. The parties shall conduct a Rule 26 conference on or before October 2, 2014, and file a proposed scheduling order on or before October 16, 2014. This deadline shall remain in effect regardless of whether the Court has ruled the pending motions by that date.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated:  August 29, 2014