UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RECOVERY CHAPEL, a Missouri nonprofit, FARRIS ROBERTSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 6:14-CV-03289-REL |
| CITY OF SPRINGFIELD, MISSOURI, a political subdivision of the State of Missouri, and the SPRINGFIELD BOARD OF ADJUSTMENT, a political subdivision of the State of Missouri, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT OF RULE 26 MEETING

COME NOW the Plaintiffs, Recovery Chapel and Farris Robertson, by and through their attorney of record, M. Scott Montgomery, and hereby notify the Court that the Rule 26 Meeting in the above-referenced matter was held on October 1, 2014, at 1:30 p.m.

          Respectfully submitted,

          THE MONTGOMERY LAW FIRM, LLC

          By: */s/ M. Scott Montgomery*
          M. Scott Montgomery
          Missouri Bar No. 42805
          2808 S. Ingram Mill Road, Bldg. A104
          Springfield, Missouri 65804
          Telephone: (417) 889-4766
          Facsimile: (417) 889-4792
          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed through CM/ECF on all attorneys of record. In addition, I served the foregoing by electronic mail to Ms. Marianne Landers Banks, attorney for Defendants, at MBanks@springfieldmo.gov on the 3rd day of October, 2014.

                                                  */s/ M. Scott Montgomery*
                                                  M. Scott Montgomery