UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RECOVERY CHAPEL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:14-CV-03289-DGK |
| ) | |
| CITY OF SPRINGFIELD, MO, et al., ) | |
| ) | |
| Defendants. ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW PLAINTIFFS Recovery Chapel, a Missouri nonprofit, and Farris Robertson, by and through counsel, and dismiss their claims against Defendants City of Springfield, Missouri, and Springfield Board of Adjustment, with prejudice, for the reason that all matters raised by Plaintiff's Complaint have been settled and Defendants City of Springfield and Springfield Board of Adjustment have been released from liability. Each party is to bear its own costs.

THE MONTGOMERY LAW FIRM, LLC

By: /s/ M. Scott Montgomery
M. Scott Montgomery
Missouri Bar No. 42805
1910 E. Battlefield, Suite A
Springfield, Missouri 65804
Telephone: (417) 887-4949
Facsimile: (417) 887-8618
E-mail: scott@montgomerylaw.org
ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on September 9, 2015, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Counsel of record for Defendants.

                                          /s/ M. Scott Montgomery
                                          M. Scott Montgomery